# Third District Court of Appeal

## State of Florida

Opinion filed  December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0777
Lower Tribunal No. 19-13029 SP
_____

**Resolution Claims III, LLC,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company**,
Appellee.


An appeal from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Chad Barr Law, and Chad A. Barr (Altamonte Springs), for appellant.

Link & Rockenbach, P.A., and Kara Rockenbach Link, and David A. Noel, and Daniel M. Schwarz (West Palm Beach), for appellee.


Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Union Restoration, Inc. v. Heritage Prop. & Cas. Ins. Co., 46 Fla. L. Weekly D2238 (Fla. 3d DCA Oct. 13, 2021).